UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KA-ZAR ALAN HANKS,

        Plaintiff,                             Case No. 1:08cv192

v.                                              Hon. Robert J. Jonker

CARMEN PALMER,

        Defendants.
_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on April 18, 2008. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed April 18, 2008, is approved and adopted as the opinion of the court.

        **IT IS ORDERED** that the habeas corpus petition is **DISMISSED** pursuant to Rule 4 because Petitioner failed to raise a meritorious federal claim.

        **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

                                              /s/ Robert J. Jonker
                                              ROBERT J. JONKER
                                          UNITED STATES DISTRICT JUDGE

DATED: July 25, 2008.